## COMMONWEALTH OF MASSACHUSETTS

| U.S. DISTRICT COURT | DISTRICT OF MASSACHUSETTS |
| --- | --- |
| | CIVIL ACTION NO |
| | 05-10969-NMG |

NATIONAL ELECTRICAL BENEFIT FUND )
BY ITS TRUSTEES, JON F. WALTERS AND )
D.R. BORDEN, JR. )
(Plaintiff) )
)
)
v. ) TRUSTEE'S ANSWER
)
)
UPPER CAPE ELECTRICAL, INC. )
(Defendant) )
)
)
TD BANKNORTH, N.A )
(Trustee Defendant) )

Now comes TD Banknorth, N.A., by and through its keeper of the books and records, and says: At the time of service of the Summons, the alleged Trustee had goods, effects, or credits of the named Defendant available for attachment in the amount of $5,870.88 standing in the name Upper Cape Electrical, Inc. with respect to which the Bank wishes to submit to the court, pursuant to M.G. L. c. 246 14, the question whether the Bank is chargeable as trustee upon such facts.

SIGNED UNDER THE PENALTIES OF PERJURY THIS 25th DAY OF AUGUST 2005.

TD BANKNORTH, N.A.

BY: _____

James B. Everhart
Legal Assistant
Legal Department
TD Banknorth, N.A.

STATE OF MAINE                              August 25, 2005
CUMBERLAND, SS.

Personally appeared the above-named James B. Everhart, who acknowledged that the foregoing Disclosure was true to the best of his knowledge and belief.

Before me,

_____
Notary Public
Jennifer S. Hamel
My Commission Expires  Agust 12, 20