# United States District Court

DISTRICT OF _____

National Electrical Benefit Fund, by its
Trustees, Jon F. Walters and D.R.
Borden, Jr.,
        Plaintiffs

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Upper Cape Electrical, Inc.,
        Defendant

**05 10969 NMG**

and

Cape Cod Bank & Trust Company,
        Trustee

TO: (Name and address of defendant)

    Upper Cape Electrical, Inc.
    20 Perry Avenue
    Bourne, MA  02532

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Gregory A. Geiman, Esquire
    Segal, Roitman & Coleman
    11 Beacon Street
    Suite #500
    Boston, MA  02108

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

MAY 11 2005

CLERK                                                                       DATE

(BY) DEPUTY CLERK

 **Barnstable County Sheriff's Office**

    I hereby certify and return that on **September 12, 2005 at 1:50 PM** I served a true and attested copy of Summons & Complaint, in hand to Gregory Vohnoutka, agent, accepting for the within named Defendant, Upper Cape Electrical, Inc., at the following address to wit: 209 Main Street, Buzzards Bay, MA 02532.

Fee:			$55.40
New Address:	$10.00
Total:			$65.40

Jon M. Hunt, Deputy Sheriff
PO Box 661, W. Hyannisport, MA  02672