UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| National Electrical Benefit Fund<br>Plaintiff<br><br>V.<br><br>Upper Cape Electrical, Inc.<br>Defendant | CIVIL ACTION<br><br>NO. 05-10969 NMG |

### NOTICE OF DEFAULT

Upon application of the Plaintiff, National Electrical Benefit Fund for an order of Default for failure of the Defendant, Upper Cape Electrical, Inc. , to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 5th day of   January, 2006   .

          SARAH A. THORNTON
          CLERK OF COURT


          By:   /s/ Elizabeth E. Sonnenberg
                Deputy Clerk

Notice mailed to:
Upper Cape Electrical, Inc.
20 Perry Avenue
Bourne, MA 02532