**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NATIONAL ELECTRICAL BENEFIT FUND, by its TRUSTEES, JON F. WALTERS and D.R. BORDEN, JR., <br>           Plaintiffs <br><br>      vs. <br><br> UPPER CAPE ELECTRICAL, INC., <br>           Defendant <br><br> and <br><br> CAPE COD BANK & TRUST COMPANY, <br>           Trustee | C.A. No. 05-10969 NMG |

**MOTION FOR EXTENSION OF TIME TO FILE**
**FOR ENTRY OF DEFAULT JUDGMENT**

Plaintiffs National Electrical Benefit Fund, by its Trustees, et al, herein respectfully move this honorable Court for an extension of time until March 17, 2006 in which to file Plaintiffs' Motion for Entry of Default Judgment.  As grounds therefore, Plaintiffs state as follows:

1.      The parties have resolved a number of issues and are close to resolving the entirety of the above-captioned matter.

2.      Judicial resources, as well as the parties' resources, will be conserved if the matter can be settled promptly and efficaciously.

WHEREFORE, Plaintiffs seek a further extension of time until March 17, 2006 in which

to file for Entry of Default Judgment in this matter.

<div style="margin-left:50%">

Respectfully submitted,

NATIONAL ELECTRICAL BENEFIT
FUND, by its TRUSTEES, JON F.
WALTERS and D.R. BORDEN, JR.,

By their attorneys,

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire
BBO #655207
Mary T. Sullivan, Esquire
BBO #487130
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

</div>

Dated:  February 2, 2006


**CERTIFICATE OF SERVICE**

This is to certify that a copy of the above Motion for Extension of Time has been served
by first class mail upon defendant Upper Cape Electrical, Inc. by its attorney Michael Burke at
116 Long Pond Road, Suite #9, Plymouth, MA  02360 this 2nd day of February, 2005.

<div style="margin-left:50%">

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

</div>

GAG/gag&ts
ARS 6924 05-080/motion-extim-dj.doc