

TD Banknorth, N.A.
Operations Center
P.O. Box 1377
Lewiston, ME 04243-1377
Toll Free: 800 462-3666
TDBanknorth.com

COPY

February 16, 2006

Gregory A Geiman, Esq
11 Beacon Street Ste 500
Boston, MA 02108

**RE:** **National Electrical Benefit Fund, by its Trustees Jon F Walters and D.R. Borden Jr. v Upper Cape Electrical, Inc.**
**Trustee Release Agreement**
**Docket No. 05-10969 NMG**

In compliance with your letter dated February 14, 2006 and the Court's Order, TD Banknorth, N.A. encloses check number 992268462 in the amount of $5,870.88 made payable to "National Electrical Benefit Fund."

This now discharges the Bank as Trustee in the above referenced matter.

Should you have any more questions regarding this matter please do not hesitate to contact me directly at (207) 753-7816.

Very truly yours,

Lindsay Trueblood
Attachments and Executions
TD Banknorth, N.A.

enclosure

cc:   Clerk of Court
      Upper Cape Electrical Inc