UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NATIONAL ELECTRICAL BENEFIT FUND, by its TRUSTEES, JON F. WALTERS and D.R. BORDEN, JR.,<br>　　　　Plaintiffs<br><br>　　　　vs.<br><br>UPPER CAPE ELECTRICAL, INC.,<br>　　　　Defendant<br><br>　　　　and<br><br>CAPE COD BANK & TRUST COMPANY,<br>　　　　Trustee | C.A. No. 05-10969 NMG |

## SECOND MOTION FOR EXTENSION OF TIME TO FILE FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs National Electrical Benefit Fund, by its Trustees, et al, herein respectfully move this honorable Court for a second brief extension of time until May 1, 2006 in which to file Plaintiffs' Motion for Entry of Default Judgment. As grounds therefore, Plaintiffs state as follows:

1. The parties are close to resolving the entirety of the above-captioned matter.

2. Judicial resources, as well as the parties' resources, will be conserved if the matter can be settled promptly and efficaciously.

WHEREFORE, Plaintiffs seek a further extension of time until May 1, 2006 in which to file for Entry of Default Judgment in this matter.

          Respectfully submitted,

          NATIONAL ELECTRICAL BENEFIT
          FUND, by its TRUSTEES, JON F.
          WALTERS and D.R. BORDEN, JR.,

          By their attorneys,

          /s/ Gregory A. Geiman
          Gregory A. Geiman, Esquire
          BBO #655207
          Mary T. Sullivan, Esquire
          BBO #487130
          Segal, Roitman & Coleman
          11 Beacon Street
          Suite #500
          Boston, MA  02108
          (617) 742-0208

Dated:  March 17, 2006

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion for Extension of Time has been served by first class mail upon defendant Upper Cape Electrical, Inc. by its attorney Michael Burke at 116 Long Pond Road, Suite #9, Plymouth, MA  02360 this 17th day of March, 2005.

          /s/ Gregory A. Geiman
          Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6924 05-080/motion-extim-dj2.doc